# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ULISES REYES,

    Plaintiff,

v.                                                 Case No: 6:14-cv-817-Orl-40TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This cause comes before the Court on the Magistrate Judge's Report and Recommendation (Doc. 28), filed June 18, 2015. In his report, the Magistrate Judge recommends that the Commissioner's final decision be affirmed pursuant to sentence four of 42 U.S.C. § 405(g). No party has filed an objection to the Report and Recommendation and the time for doing so has passed.

Upon *de novo* review, the Court adopts and confirms the Magistrate Judge's report in all respects.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation (Doc. 28) is **ADOPTED AND CONFIRMED** and is incorporated within this Order.

2. The final decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Defendant, the Commissioner of Social Security, and against Plaintiff, Ulises Reyes.

4. The Clerk of Court is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 8, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

The Honorable Magistrate Judge
Counsel of Record